UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARRI H.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-08629-DTB <br><br> **J U D G M E N T** |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became the Commissioner of Social Security on or about May 6, 2025. Frank Bisignano is substituted for Leland Dudek as the defendant in this action. Fed. R. Civ. P. 25(d).

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this action is remanded for further proceedings.

DATED: August 4, 2025

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE